**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN District of TEXAS
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

*Stamps:* 20-10182 D FILED 2020 FEB -4 AM 10:20 CLERK U.S. BANKRUPTCY COURT BY _____ DEPUTY

PAID AMT $ 1717.00 RCPT# 102460

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  WC 2101 W Ben White, LP

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  26-3846375

4. **Debtor's address**

   **Principal place of business**
   814 Lavaca Street
   Number   Street

   Austin     TX    78701
   City       State  ZIP Code

   Travis
   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City       State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   2101 W Ben White Blvd.
   Number   Street

   Austin     TX    78704
   City       State  ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor    **WC 2101 W Ben White, LP**            Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor   **See Attachment** _____ Relationship _____
           District _____ When _____
                                                              MM / DD / YYYY
           Case number, if known _____

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor **WC 2101 W Ben White, LP**
Name

Case number (if known) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number        Street

_____
City                State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **WC 2101 W Ben White, LP**
Name

Case number (if known)

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/04/2020
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

Printed name: Jeremy Stoler

Title: Authorized Agent

### 18. Signature of attorney

X _[signature]_
Signature of attorney for debtor

Date 02/04/2020
MM / DD / YYYY

Printed name: Brian Elliott
Brian J. Elliott, Attorney at Law

Firm name: 100 E Whitestone Blvd., Ste 127
Number    Street

Cedar Park    TX    78613
City    State    ZIP Code

512-961-7000    bje@brianelliottlaw.com
Contact phone    Email address

24101036    TX
Bar number    State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## ATTACHMENT 1 – CASES FILED BY AFFILIATES

| Case Name | Venue | Case Number | Date Petition Filed | Relationship to Debtor |
|---|---|---|---|---|
| 900 Cesar Chavez, LLC | Bankr. W.D. Tex. | 19-11527-tmd | 11/4/2019 | Affiliate |
| 905 Cesar Chavez, LLC | Bankr. W.D. Tex. | 19-11528-tmd | 11/4/2019 | Affiliate |
| 5th and Red River, LLC | Bankr. W.D. Tex. | 19-11529-tmd | 11/4/2019 | Affiliate |
| 7400 South Congress, LLC | Bankr. W.D. Tex. | 19-11530-tmd | 11/4/2019 | Affiliate |
| WC 56 East Avenue, LLC | Bankr. W.D. Tex. | 19-11649-tmd | 12/2/2019 | Affiliate |
| Silicon Hills Campus, LLC | Bankr. W.D. Tex. | 20-10042-tmd | 1/7/2020 | Affiliate |
| Hirshfeld Moore, LLC | Bankr. D. Del. | 20-10247 | 2/3/2020 | Affiliate |
| WC 805-809 East Sixth, LLC | Bankr. D. Del. | 20-10251 | 2/3/2020 | Affiliate |
| WC 1212 East Sixth, LLC | Bankr. D. Del. | 20-10253 | 2/3/2020 | Affiliate |
| WC 320 Congress, LLC | Bankr. D. Del. | 20-10249 | 2/3/2020 | Affiliate |
| WC 901 East Cesar Chavez, | Bankr. D. Del. | 20-10252 | 2/3/2020 | Affiliate |
| WC 9005 Mountain Ridge, | Bankr. D. Del. | 20-10254 | 2/3/2020 | Affiliate |
| WC 103 East Fifth, LLC | Bankr. D. Del. | 20-10248 | 2/3/2020 | Affiliate |
| WC 422 Congress, LLC | Bankr. D. Del. | 20-10250 | 2/3/2020 | Affiliate |

**Fill in this information to identify the case:**

Debtor name: WC 2101 W BEN WHITE, LP

United States Bankruptcy Court for the: WESTERN District of TEXAS (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of Austin PO Box 2267 Austin, TX 78751 | | trade | | | | unknown |
| 2 | Travis County Tax Assessor Bruce Elfant 5501 Airport Blvd Austin, TX 78751 | | trade | | | | unknown |
| 3 | Dollar General 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |
| 4 | B-12 Bingo (ABH Managment) 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |
| 5 | Texas Tool Trader 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |
| 6 | Fast Signs 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |
| 7 | PBV Weightlifting 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |
| 8 | Bank of America, NA 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____   Case number (if known) _____
     Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Taco Cabana 2101 Ben White Austin, TX 78704 | | trade | | | | unknown |
| 10 | Popeye 2101 Ben White Austin, TX, 78704 | | trade | | | | unknown |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**20-10182 D**

In Re: § Case No. _____
§
§
§
§ Chapter 11
WC 2101 W BEN WHITE, LP §

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_____   Date  02/04/2020
Debtor

_____   _____
Joint Debtor                             Date

## List of Creditors

1) BBVA    Secured    $4,134,297.27
   8333 Douglas Ave, 24th Fl
   Dallas, TX 75225

2) City of Austin    ~~Unknown~~    Unknown
   PO Box 2267
   Austin, TX 78751

3) Travis County Tax Assessor
   Bruce Elfant
   5501 Airport Blvd
   Austin, TX 78751

4) Dollar General
   2101 Ben White
   Austin, TX 78704

5) B-12 Bingo (ABH Management)
   2101 Ben White
   Austin, TX 78704

6) Fast Signs
   2101 Ben White
   Austin, TX 78704

7) FeV Weightlifting
   2101 Ben White
   Austin, TX 78704

8) Texas Tool Traders
   2101 Ben White
   Austin, TX 78704

9) Bank of America, NA
   2101 Ben White
   Austin, TX 78704

10) Taco Cabana
    2101 Ben White
    Austin, TX 78704

11) Popeyes
    2101 Ben White
    Austin, TX 78704

12) WCRE Management
    814 Lavaca St
    Austin, TX 78701