**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 10, 2020.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-10182-TMD |
| WC 2101 W BEN WHITE | § | CHAPTER 11 |
| DEBTOR | § | |

### ORDER TO SHOW CAUSE WHY AFFILIATE CASES FILED IN DELAWARE SHOULD NOT BE TRANSFERRED TO THE WESTERN DISTRICT OF TEXAS

On November 4, 2019, Debtor 900 Cesar Chavez filed a chapter 11 case in the Western District of Texas along with three other affiliate cases, Nos. 19-11528, 19-11529, 19-11530, which are being jointly administered. In December, Debtor WC 56 East Ave filed another affiliate case in this District, No. 19-11649. In January, Debtor Silicon Hills filed another affiliate case in this District, No. 20-10042. In February, Debtor WC 2101 W Ben White filed yet another affiliate case in this District, No. 20-10182.

On February 3, 2020, eight more affiliates filed cases in Delaware, Nos. 20-10247, 20-10248, 20-10249, 20-10250, 20-10251, 20-10252, 20-10253, and 20-10254. Three days later, Ladder Capital Finance, LLC filed a motion asking the Delaware court to transfer the Delaware cases to this Court. *See In re WC Hirshfeld Moore, LLC*, No. 20-10247-JTD, ECF 7. Therefore, the Court finds that Debtor's counsel and a representative for the Debtor in each of the above cases should appear and show cause why the affiliate cases that were filed in Delaware should not be transferred to the Western District of Texas. The Court also finds that the Delaware cases should not proceed until this Court determines the district in which those cases will proceed. *See* Rule 1014(b).

ACCORDINGLY, IT IS THEREFORE ORDERED that Debtor's counsel and a representative for each of the Debtors appear at a hearing on March 11, 2020 at 1:00 p.m. at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd, Austin, Texas 78701. IT IS FURTHER ORDERED that the parties to the Delaware cases shall not proceed further in those cases until this Court determines the district in which those cases will proceed.

IT IS FURTHER ORDERED that the clerk's office serve this order on the Debtors and their counsel, the U.S. Trustee, and entities entitled to notice under Rule 2002(a). The affiliates in the Delaware cases should be served through their counsel, Joseph J. McMahon, Jr. at 1204 N. King Street, Wilmington, DE 19801 and the creditors listed on the attached consolidated list of creditors should also be served.

# # #

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| WC HIRSHFELD MOORE, LLC, *et al.*, | : Case No. 20-10247 (JTD) |
| | : (Joint Administration Requested) |
| Debtors.[1] | : |
| | : |

**CERTIFICATION OF DEBTORS' CONSOLIDATED LIST OF CREDITORS**

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "List") of WC Hirshfeld Moore, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") is filed by attachment hereto.

The List has been prepared on a consolidated basis from the Debtors' books and records. The undersigned, Corporate Counsel to each of the Debtors, hereby certifies that the List contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contained therein. To the extent practicable, the List complies with Local Rule 1007-2(a). The Debtors reserve the right to amend or supplement the list as necessary.

Although the information contained in the List is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regards to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the List. In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WC Hirshfeld Moore, LLC (8478); WC 103 East Fifth, LLC (3638); WC 320 Congress, LLC (0667); WC 422 Congress, LLC (7328); WC 805-809 East Sixth, LLC (9019); WC 901 East Cesar Chavez, LLC (2657); WC 1212 East Sixth, LLC (1287); and WC 9005 Mountain Ridge, LLC (8534)  The Debtors' service address is 814 Lavaca Street, Austin, TX 78701.

and their estates for purposes of these chapter 11 cases. Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates.

Dated: February 4, 2020
Wilmington, Delaware

_____
Brian Elliott
Corporate Counsel

2

Austin Deep Tissue Center, Inc.
320 Congress Ave., Suite A2
Austin, TX  78701

AT&T
P.O. Box 105414
Atlanta, GA  30348-5414

Burnpile LLC
1800A Cinnamon Path
Austin, TX  78704

Burnpile LLC
8006 Willet Trail
Austin, TX  78745

Chatham Hedging Advisors
235 Whitehorse Lane
Kennett Square, PA  19348

City of Austin
P.O. Box 2267
Austin, TX  78783-2267

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Jos. A. Bank Clothiers, Inc.
320 Congress Ave., Suite A1
Austin, TX  78701

Ladder Capital Finance
345 Park Avenue, 8th Floor
New York, NY  10154

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Spectrum/Charter Communications
P.O. Box 60074
City of Industry, CA 91716-0074

Travis County Tax Assessor
Attention: Bruce Elfant
5501 Airport Boulevard
Austin, TX 78751

Texas Comptroller of Public Accounts
Revenue Accounting Division – Bankruptcy
P.O. Box 13528
Capitol Station
Austin, TX 78711

Texas Gas
P.O. Box 219913
Kansas City, MO 64121-9913

Waste Connection
District #5150
P.O. Box 17608
Austin, TX 78760

United States Trustee
J. Caleb Boggs Federal Building, Suite 2207, Lockbox 35
844 N. King Street
Wilmington, DE 19801

WC Austin IV Tenant, LLC
814 Lavaca Street
Austin, TX 78701

WC Hirshfeld Moore, LLC
814 Lavaca Street
Austin, TX 78701

WC 805-809 East Sixth, LLC
814 Lavaca Street
Austin, TX 78701

WC 1212 East Sixth, LLC
814 Lavaca Street
Austin, TX 78701

WC 320 Congress, LLC
814 Lavaca Street
Austin, TX 78701

WC 901 East Cesar Chavez, LLC
814 Lavaca Street
Austin, TX 78701

WC 9005 Mountain Ridge, LLC
814 Lavaca Street
Austin, TX 78701

WC 103 East Fifth, LLC
814 Lavaca Street
Austin, TX 78701

WC 422 Congress, LLC
814 Lavaca Street
Austin, TX 78701

WCRE Management, LLC
814 Lavaca Street
Austin, TX 78701

Wells Fargo Bank, N.A.
401 South Tryon Street, 8th Floor
MAC D1050-084
Charlotte, NC 28202-4200

Westlake Industries, LLC
11500 Metric Blvd., Suite 285
Austin, TX 78758

World Liquor & Tobacco
805 East 6th Street
Austin, TX 78702